UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVIN LESLIE WITHERSPOON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD WARNER, *et al.*,<br><br>　　　　Defendants. | No. CV-12-5163-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the Report and Recommendation issued by Judge Hutton recommending the Court deny Plaintiff's Motion for a Preliminary Injunction or a Temporary Restraining Order (TRO), ECF No. 32. No objections have been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. After reviewing the report and the file, the Court adopts the Report and Recommendation issued by Judge Hutton, ECF No. 32, in its entirety.

2. Plaintiff's Motion for a Preliminary Injunction or a Temporary Restraining Order (TRO), ECF No. 13, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 15th day of July, 2013.

　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　United States District Judge

Q:\RHW\aCIVIL\2012\Witherspoon\adoptrr.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**