UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVIN LESLIE WITHERSPOON,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD WARNER, et al,<br><br>Defendants. | NO. CV-12-5163-JPH<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND STAYING SCHEDULING HEARING<br>**Action Required** |

On July 26, 2013, defendants moved for a protective order, ECF No. 42, pending the Court's resolution defendants' motion for summary judgment, ECF No. 39.

After consideration,

**IT IS ORDERED**:

1. Defendants' Motion for a Protective Order pursuant to Federal Rules of Civil Procedure 26(c), **ECF No. 42**, pending resolution of Defendants' pending motion for summary judgment, ECF No. 39, is **GRANTED. Discovery is STAYED pending the Court's resolution of Defendants' motion for summary judgment.**

2. The telephonic scheduling conference currently set August 26, 2013 at 11:00 a.m., ECF No. 31, **is STAYED** pending further order of the Court.

3. The Court will consider defendants' motion for summary judgment, ECF No. 39, **on September 16, 2013 at 6:30 p.m.** without argument.

1  DATED this 2nd day of August, 2013.

2

3  *S/ James P. Hutton*
   JAMES P. HUTTON
   United States Magistrate Judge