UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ALVIN LESLIE WITHERSPOON, )
)
        Plaintiff, )
) CV-12-5163-JPH
   v. )
) **JUDGMENT**
BERNARD WARNER, et al., )
)
        Defendant. )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED:**

1. Defendant's Motion for Summary Judgment is **GRANTED.**

2. The Motion to Strike is **DENIED**.

3. Plaintiff's' Complaint is **DISMISSED WITH PREJUDICE** and Judgment is entered for Defendant.

DATED:   December 11, 2013

                                                SEAN McAVOY
                                                District Court Executive/Clerk

                                                s/ L. Stejskal, Deputy Clerk